UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRON COOK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:06-CV-00057-RWS |
| ) | |
| JIM MOORE, ) | |
| ) | |
| Respondent. ) | |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 be **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that petitioner be **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this 24th day of January, 2006.

_____
**UNITED STATES DISTRICT JUDGE**